AO 467 (1/86) Order Holding Defendant

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.—

Patrick Clowers

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 05-mj-01285

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of North Dakota ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) _____
                                                                *Place and Address*

_____ on by 1/3/06 _____ .
              *Date and Time*

_____
*Signature of Judicial Officer*

14 December 05
_____
*Date*                                          *Name and Title of Judicial Officer*